No. 78–5056.   FORD ET AL. *v.* SCHMIDT, SECRETARY, DEPARTMENT OF HEALTH AND SOCIAL SERVICES OF WISCONSIN, ET AL. C. A. 7th Cir.   Certiorari denied.

No. 78–5059.   CHAVIS *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 78–5060.   MASONE *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 78–5064.   YOUNG *v.* WASHINGTON.   Sup. Ct. Wash. Certiorari denied.

No. 78–5068.   TATE *v.* UNITED STATES; and
No. 78–5088.   GENT *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.   Reported below: 572 F. 2d 455.

No. 78–5069.   PRUITT *v.* MABRY, CORRECTION COMMISSIONER.   C. A. 8th Cir.   Certiorari denied.

No. 78–5071.   GOINS *v.* MISSOURI PACIFIC RAILROAD.   C. A. 5th Cir.   Certiorari denied.

No. 78–5073.   GEISLER *v.* SHERIFF OF ALEXANDRIA, VIRGINIA.   C. A. 4th Cir.   Certiorari denied.

No. 78–5075.   SCOTT *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 78–5083.   BROADSWORD *v.* OREGON.   Ct. App. Ore. Certiorari denied.

No. 78–5085.   HAMILTON *v.* DEPARTMENT OF SOCIAL SERVICES OF NEW YORK CITY, HUMAN RESOURCES ADMINISTRATION. C. A. 2d Cir.   Certiorari denied.